IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARMENCITA MARIA PEDRO,

    Plaintiff,

v.

CITY FITNESS, LLC, et al.,

    Defendants.

CIVIL ACTION
NO. 15-04964

## ORDER

**AND NOW**, this 30th day of March 2018, upon consideration of the Second Amended Complaint (SAC) (Doc. No. 58), the Motions to Dismiss the SAC (Doc. Nos. 60-61, 81), Plaintiff's Response in Opposition (Doc. Nos. 64-65), Defendants' Reply (Doc. No. 68), and in accordance with the Court's Opinion issued this day, it is **ORDERED** that:

1. Defendants' Motions to Dismiss the SAC (Doc. Nos. 60-61, 81) are **GRANTED**.

2. The SAC (Doc. No. 58) is **DISMISSED**.

3. All outstanding motions are **DENIED**.

4. The Clerk of Court shall close this case for statistical purposes.

                              BY THE COURT:

                              /s/ Joel H. Slomsky, J.
                              JOEL H. SLOMSKY, J.